| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>James C. Shah (SBN 260435)<br>Kolin C. Tang (SBN 279834)<br>MILLER SHAH LLP<br>19712 MacArthur Boulevard, Suite 222<br>Irvine, CA 92612<br><br>ATTORNEY(S) FOR: Plaintiff Richard Kontas | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>LIVEFREE EMERGENCY RESPONSE, INC.,<br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-7019<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Richard Kontas or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Richard Kontas | Plaintiff |
| LiveFree Emergency Response, Inc. | Defendant |

September 28, 2022
Date

/s/ James C. Shah
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Richard Kontas