# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KONTAS<br><br>PLAINTIFF(S)<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–07019–PA–RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 9/28/2022 | 2 | CIVIL COVER SHEET |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: September 29, 2022     By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
                                  Deputy Clerk