James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       kctang@millershah.com

*Counsel for Plaintiff Richard Kontas*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.,<br><br>Serve registered agent at:<br>Incorp Services, Inc.<br>919 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br><br>Defendant. | Case No.: 2:22-cv-07019-PA-RAO<br><br>**PROOF OF SERVICE OF SUMMONS UPON DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-07019-PA-RAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LIVEFREE EMERGENCY RESPONSE, INC.
was received by me on *(date)* 11/16/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brittany Williams - Authorized to Accept , who is designated by law to accept service of process on behalf of *(name of organization)* Incorp Services, Inc., 919 N. Market St., Suite 950, Wilmington, DE @12:55 p.m. on *(date)* 11/17/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/17/2022

*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: