James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
19712 MacArthur Blvd., Suite 222
Irvine, CA 92612
Telephone: (866) 545-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       kctang@millershah.com

*Counsel for Plaintiff Richard Kontas*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD KONTAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.,<br><br>Defendant. | Case No. 2:22-cv-07019-PA-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Richard Kontas ("Plaintiff"), hereby dismisses this action without prejudice as to Plaintiff's individual claims or any other member of the putative class's right to bring claims, with each party to bear his or its own attorneys' fees and costs.

Dated:  December 14, 2022         MILLER SHAH LLP

By: */s/ Kolin C. Tang*
James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
19712 MacArthur Blvd.
Irvine, CA 92612
Telephone: (866) 545-5505
Facsimile: (866) 300-7367
Email:  jcshah@millershah.com
            kctang@millershah.com

David T. Butsch
Christopher E. Roberts
BUTSCH ROBERTS & ASSOCIATES LLC
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Telephone: (314) 863-5700
Facsimile: (314) 863-5711
Email: DButsch@butschroberts.com
            CRoberts@butschroberts.com

*Attorneys for Plaintiff*